# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-115-FDW-DCK

| | |
|---|---|
| TERESA LINDSAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| COLOPLAST CORP. and MENTOR WORLDWIDE LLC, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Ursula M. Henninger, concerning Lana K. Varney on June 5, 2019. Lana K. Varney seeks to appear as counsel *pro hac vice* for Defendant Coloplast Corp. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Lana K. Varney is hereby admitted *pro hac vice* to represent Defendant Coloplast Corp.

**SO ORDERED**.

Signed: June 5, 2019

David C. Keesler
United States Magistrate Judge