# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-115-DCK

| | |
|---|---|
| TERESA LINDSAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COLOPLAST CORP. and MENTOR ) | |
| WORLDWIDE LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) filed by Ursula M. Henninger, concerning Rebeca M. Ojeda on October 15, 2019. Rebeca M. Ojeda seeks to appear as counsel *pro hac vice* for Defendant Coloplast Corp. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) is **GRANTED**. Rebeca M. Ojeda is hereby admitted *pro hac vice* to represent Defendant Coloplast Corp.

**SO ORDERED**.

Signed: October 15, 2019

David C. Keesler
United States Magistrate Judge